OA 91 Criminal Complaint

# United States District Court

__NORTHERN__ DISTRICT OF __CAILFORNIA__

FILED

AUG X 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WDB

UNITED STATES OF AMERICA
V.
Martin Ramos-Urias

CRIMINAL COMPLAINT

Case Number: 4-07-70475

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about __February 27, 2007__ in __Alameda__ County, in the __NORTHERN__ District of __CALIFORNIA__ defendant(s) did,

(Track Statutory Language of Offense)

an alien having been previously deported from the United States, was found in Alameda County in the State and Northern District of California, without having obtained express consent for re-application for admission from either the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557)

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

See Attached Affidavit incorporated herein by reference.

Maximum Penalties: 20 years imprisonment; $250,000.00 fine; 3 years supervised release and $100 special assessment.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Approved As To Form: BRYAN R. WHITTAKER _(signature)_
SAUSA

Cesar J. Lopez, Deportation Officer, ICE
Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

8/9/07
Date

at San Francisco, California
City and State

Honorable Joseph C. Spero    U.S. Magistrate Judge
Name & Title of Judicial Officer

_(signature)_
Signature of Judicial Officer

## AFFIDAVIT

I, Cesar J. Lopez, being duly sworn, do hereby state:

1. I am a Deportation Officer with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement (ICE). I have been employed in this capacity since July 24, 1994. Previously, I was employed as a United States Immigration Inspector since December 08, 1988.

2. I am currently assigned to the Prosecutions Unit of the San Francisco Field Office. In such capacity, I have reviewed the official DHS records (A90 844 538) and DHS automated data relating to Martin Ramos-Urias ("Ramos-Urias"), which attests to the following:

   a. Ramos-Urias is a thirty-three (33) year-old male, native and citizen of Mexico, who last entered the United States illegally by crossing the international border on an unknown date, at an unknown place, in an unknown manner, without first having obtained the consent of the Attorney General of the United States or the U.S. Secretary of Homeland Security.

   b. Ramos-Urias's official Alien Registration File contains one (1) executed Warrant of Removal/Deportation indicating that Ramos-Urias was deported from the United States to Mexico on July 10, 2006 through Nogales, Arizona.

3. On or about February 27, 2007, ICE encountered Ramos-Urias pursuant to his release from the Santa Rita County Jail in Dublin, California. After being advised of his Miranda / Consular Notification Rights, Ramos-Urias refused to voluntarily provide or sign a sworn statement.

4. On August 9, 2007, a full set of rolled fingerprints belonging to Ramos-Urias was submitted to the Automated Fingerprint Identification Center ("AFIS"), for verification of identity. The fingerprint examiner positively identified the fingerprint as belonging to Ramos-Urias who had previously been removed from the United States as referenced above in paragraph 2.

5. There is no indication in the official files of the United States Department of Homeland Security that Ramos-Urias ever applied for or obtained the permission of the United States Attorney General or the Secretary of Homeland Security to reenter the United States.

6. On the basis of the facts above, I believe there is probable cause that Martin Ramos-Urias is an alien who, having been previously deported from the United States, has been found in the United States without the required permission, and is in violation of Title 8, United States Code, Section 1326.

Cesar J. Lopez
Deportation Officer
U.S. Department of Homeland Security
Immigration and Customs Enforcement
San Francisco, California

Subscribed and sworn to before me this 9th day of August 2007, at San Francisco, CA

Honorable Joseph C. Spero
United States Magistrate Judge
Northern District of California