SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BRYAN R. WHITTAKER (TX 24047097)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: bryan.whittaker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN RAMOS-URIAS,<br><br>    Defendant. | No.   CR-07-70475 WDB<br><br>STIPULATION CONTINUING DATE OF PRELIMINARY HEARING OR ARRAIGNMENT AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND [PROPOSED] ORDER |

    On August 15, 2007, the parties in this case appeared before the Court and Mr. Ramos-Urias waived hir right to a preliminary hearing or arraignment within ten days of his initial appearance. Based on Mr. Ramos-Urias's waiver, the Court scheduled the next appearance in this matter for September 7, 2007 at 10:00 a.m. before Judge Brazil for a preliminary hearing or arraignment.

    The parties request this continuance on the grounds that: (1) the United States recently provided discovery to Ms. Fox, counsel for Mr. Ramos-Urias; (2) Ms. Fox requires adequate time to review this discovery and further discuss it with Mr. Ramos-Urias; (3) Ms. Fox is

1  unavailable during the last two weeks of August 2007; and (4) Ms. Fox believes that postponing
2  the preliminary hearing is in Mr. Ramos-Urias's best interest, and that it is not in her client's
3  interest for the United States to indict the case before the August 27, 2007, preliminary hearing
4  deadline.  The parties agree that the requested continuance is necessary for continuity of defense
5  counsel and effective preparation of defense counsel.  The Court agreed with the parties and
6  asked for a proposed order relating to the issue.

7    The parties stipulate and agree that the above-stated reasons constitute good cause to support
8  a continuance under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.
9  The parties also stipulate and agree that the stated reasons support a continuance of the
10 preliminary hearing or arraignment date under Title 18, United States Code, Sections 3161(b)
11 and 3161(h)(8)(B)(iv) and that the failure to grant the requested continuance would deny the
12 defendant continuity of counsel and deny counsel for the defense the reasonable time necessary
13 for effective preparation, taking into account the exercise of due diligence.
14 IT IS SO STIPULATED.
15
16 DATED: August 16, 2007                              /S/
                                                BRYAN R. WHITTAKER
17                                              Special Assistant United States Attorney
18
19 DATED: August 16, 2007                              /S/
                                                HILARY FOX
20                                              Attorney for Mr. Ramos-Urias
21
     I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature (/S/) within
22 this e-filed document.
                                                  /S/ Bryan R. Whittaker
23                                              Special Assistant U.S. Attorney

24                                O R D E R
25   For the foregoing reasons, the Court finds that good cause is shown–taking into account the
26 pubic interest–and concludes that the continuance and wavier of time for preliminary hearing or
27 indictment is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. §
28 3060.
    The Court FURTHER ORDERS that an exclusion of time between August 15, 2007 and

STIPULATION AND [PROPOSED] ORDER
CR 07-70475 WDB                           2

1  September 7, 2007, is warranted under the Speedy Trial Act because a failure to grant the
2  continuance would deny the defendant continuity of counsel and would unreasonably deny
3  defense counsel and the reasonable time necessary for effective preparation, taking into account
4  the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that the ends of
5  justice served by excluding time under the Speedy Trial Act outweigh the best interest of the
6  public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  Id. at §
7  3161(h)(A).  The Court, therefore, concludes that this exclusion of time is proper pursuant to 18
8  U.S.C. § 3161(h)(8)(B)(iv).
9       The defendant is HEREBY ORDERED to appear before Judge Brazil on September 7, 2007,
10  at 10:00 a.m.
11  IT IS SO ORDERED.
12
13  DATED: August __, 2007
             _____
14                                      HON.  JOSEPH C. SPERO
                                        United States Magistrate Judge