AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED
Title 8 USC Section 1326 - Illegal Reentry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

**DEFENDANT - U.S.**
▶ MARTIN RAMOS-URIAS

**DISTRICT COURT NUMBER**
CR07-00567

FILED AUG 30 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

SBA

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
07-70475 WDB

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Bryan Whittaker, SAUSA

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ 8/10/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

MARTIN RAMOS-URIAS.

## CR07-00567

DEFENDANT.

---

# INDICTMENT

8 U.S.C. § Section 1326 - Illegal Reentry Following Deportation

---

A true bill.

_____
Foreman

Filed in open court this _30th_ day of
_Aug, 2007_

_____
Clerk

Bail, $ _No process_

_Wayne D. Brazil_  8/30/07

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |



FILED

2007 AUG 30 PM 1:58

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No.: **CR07-00567** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | VIOLATION: 8 U.S.C. § 1326 -- Illegal Reentry Following Deportation |
| v. | ) | |
| | ) | |
| MARTIN RAMOS-URIAS, | ) | OAKLAND VENUE |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury charges:

On or about February 27, 2007, the defendant,

MARTIN RAMOS-URIAS,

an alien, having been previously excluded, deported, and removed from the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation of Title 8, United States Code,

////

RAMOS-URIAS INDICTMENT

1  Section 1326.

3  DATED:

   Aug. 30, 2007

                                              A TRUE BILL.

                                              /s/ *signature*
                                              FOREPERSON

7  SCOTT N. SCHOOLS
   United States Attorney

   /s/ *signature*
   W. DOUGLAS SPRAGUE
   Chief, Oakland Branch

   (Approved as to form: /s/ *signature* )
                         SAUSA WHITTAKER

RAMOS-URIAS INDICTMENT                              2