**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 9/25/07

CR 07-00567SBA                                  JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**MARTIN RAMOS URIAS**                    Present (X) Not Present ( ) In Custody (X)
   **DEFENDANT(S)**

<u>BRIAN WHITTAKER</u>                                  <u>HILLARY FOX</u>
U.S. ATTORNEY                                           ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                          <u>STARR WILSON</u>
                                                                 Court Reporter

Interpreter                                                    Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:**   STATUS - HELD

**RESULT OF HEARING:**   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 10/23/07

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to  10/23/07  for **Further Status**/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
Case Continued to_____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____ for Change of Plea @ 11:00 a.m.
cc: