**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 10/23/07

CR 07-00567SBA                             JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**RAMOS-URIAS**                            Present (X) Not Present ( ) In Custody (X)
    **DEFENDANT(S)**

<u>BRIAN WHITTAKER</u>                       <u>HILLARY FOX</u>
**U.S. ATTORNEY**                          **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:** Lisa R. Clark             <u>STARR WILSON</u>
                                           **Court Reporter**

 Interpreter                                Probation Officer
**PROCEEDINGS**

**REASON FOR HEARING:** <u>STATUS - HELD</u>

**RESULT OF HEARING:** <u>COURT FINDS EXCLUDABLE TIME BASED ON CONTINUITY OF DEFENSE COUNSEL AND ADEQUATE PREPARATION OF COUNSEL UNTIL 11/6/07</u>

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** <u>11/6/07</u> **for** <u>Further Status/Trial Setting/ Motion Setting/Evidentiary</u> **Hearing @ 9:00 a.m.**
**Case Continued to**_____ **@ 9:00 a.m. for**_____ **Motions**
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**____
**Case Continued to**_____ **for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____ **Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ **for Trial(Court/Jury:**___**Days/weeks) at 8:30 a.m.**
**Case Continued to**_____ **for Judgment & Sentencing as to Count(s)** _____ **of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to**_____ **for Change of Plea @ 11:00 a.m.**
**cc:**