UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 11/27/07

CR 07-00567SBA              JUDGE: **SAUNDRA BROWN ARMSTRONG**

**RAMOS-URIAS**              Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)

 **BRIAN WHITTAKER**              **HILLARY FOX**
U.S. ATTORNEY              ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark              **STARR WILSON**
                                         Court Reporter

 Interpreter              Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 12/11/07**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to  12/11/07         for **Further Status/**Trial Setting/ Motion Setting/Evidentiary Hearing/**CHANGE OF PLEA** @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
Case Continued to_____for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____for Change of Plea @ 11:00 a.m.
cc: