UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 12/11/07

CR 07-00567SBA                JUDGE: SAUNDRA BROWN ARMSTRONG

RAMOS-URIAS                   Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)

 DANIEL KALEBA                    HILLARY FOX
U.S. ATTORNEY                  ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark       RAYNEE MERCADO
                                   Court Reporter

 Interpreter                      Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** STATUS - HELD

**RESULT OF HEARING: PARTIES SUBMITTED A PLEA AGREEMENT FOR THE COURT'S CONSIDERATION; COURT FINDS EXCLUDABLE TIME BASED ON THE COURT'S CONSIDERATION OF THE PLEA AGREEMENT UNTIL 2/26/08**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to  2/26/08  for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to  2/26/08  for Change of Plea @ 10:00 a.m.
cc: