1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  DANIEL KALEBA (CASBN 223789)
   Assistant United States Attorney
5
       1301 Clay Street; Suite 340-S
6      Oakland, California 94612
       Phone: 510/637-3680
7      Fax: 510/637-3724
       E-mail: daniel,kaleba@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )    No.  07-567 SBA
                                     )
14          Plaintiff,                )
                                     )
15      v.                            )    NOTICE OF SUBSTITUTION OF
                                     )    ATTORNEY
16  MARTIN RAMOS-URIAS,              )
                                     )
17          Defendant.                )
                                     )
18

19      Please take notice that as of February 15, 2008, the Assistant United States Attorney

20  whose name, address, telephone number and e-mail address is listed below is assigned to

21  be counsel for the government.

22                            DANIEL KALEBA
                        Assistant United States Attorney
23                       1301 Clay Street; Suite 340S
                          Oakland, California 94612
24                           Phone: 510/637-3680
                              Fax: 510/637-3724
25                     E-mail: daniel.kaleba@usdoj.gov

26  DATED: February 15, 2008          Respectfully submitted,

27                                    JOSEPH P. RUSSONIELLO
                                      United States Attorney
28
                                      _____/s/_____
                                      DANIEL KALEBA
                                      Assistant United States Attorney

    SUBSTITUTION OF ATTORNEY