# Exhibit A

Defendant's Sentencing Memorandum
*United States v. Martin Ramos Urias*
CR 07-00567-SBA

```
 1
 2
 3
 4              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 5                    IN AND FOR THE COUNTY OF ALAMEDA
 6                 BEFORE THE HONORABLE ALFRED A. DELUCCHI
 7                           DEPARTMENT NO. 502
 8                                --oOo--
 9   PEOPLE OF THE STATE OF CALIFORNIA,
10          Plaintiff,
11          vs.                              No. 370730
12   MARTIN RAMOS,                           H35588
13          Defendant.
14   ------------------------------------------
15              REPORTER'S TRANSCRIPT OF PROCEEDING
16           CERTIFICATION-CONTINUED TO 2-18-04/513
17                   TUESDAY, JANUARY 20, 2004
18                     HAYWARD HALL OF JUSTICE
19                     A P P E A R A N C E S
20
21   FOR THE PEOPLE:              THOMAS ORLOFF
                                  District Attorney
22                                By: KENNETH RYKEN
                                  Deputy District Attorney
23
24   FOR THE DEFENDANT:           DIANE A. BELLAS
                                  Public Defender
25                                By: ADRIENNE ELENTENY
                                  Deputy Public Defender
26
27
28   MARY JANE M.B. HILL C.S.R #8556
```

ORIGINAL

1    self-incrimination.  Nobody can force you to enter this plea
2    unless you want to.
3            Do you give up all those rights, Mr. Ramos?
4            THE DEFENDANT:  Yes.
5            THE COURT:  Are you entering this plea freely and
6    voluntarily?
7            THE DEFENDANT:  Yes.
8            THE COURT:  You are a citizen, aren't you?
9            THE DEFENDANT:  Uh-huh.
10           THE COURT:  Okay.  Then to a felony alleged on
11   December 14th, 2003, you possessed for sale a controlled
12   substance to wit: methamphetamine, what is your plea?
13           THE DEFENDANT:  No contest.
14           THE COURT:  Okay.  Do you stipulate there is a
15   factual basis for the plea?
16           MS. ELENTENY:  So stipulated.
17           THE COURT:  Do you so stipulate?
18           MS. ELENTENY:  So stipulated.
19           THE COURT:  The Court finds there is a factual basis
20   for the plea.  The plea of no contest may be entered.
21   Defendant is found guilty.
22           The Court further finds the Defendant knows and
23   understands his rights, freely and voluntarily waives those
24   rights, and enters his plea of no contest freely and
25   voluntarily.
26           Priors -- Count Two dismissed, priors stricken?
27           MR. RYKEN:  So moved.
28           THE COURT:  Count Two dismissed.  Priors stricken.

8

REPORTER'S CERTIFICATE

STATE OF CALIFORNIA )
COUNTY OF ALAMEDA   )

      I, MARY JANE M. HILL, a Certified Shorthand Reporter in and for the State of California, hereby certify:

      That on the 20th day of January, 2004, I fully, truly and correctly took down in shorthand writing all of the proceedings had and all of the testimony given in said court and cause;

      That I thereafter truly, fully and correctly caused the same to be transcribed into typewriting; that the foregoing, Pages 1 through 8, inclusive, is a full, true and correct transcript of my shorthand notes taken at said time and place therein named.

DATED: January 30, 2004

_____
MARY JANE M. B. HILL
COURT REPORTER, CSR #8556

# Exhibit B

Defendant's Sentencing Memorandum
*United States v. Martin Ramos Urias*
CR 07-00567-SBA

Nov. 26, 2007

My name is Maria Elena Ramos and the reason for this letter is to talk a little bit about my son Martin Ramos. I really think he deserves another chance to do well here. When we came to USA to look for a better life, he was still a baby, went to school, grew up here in Oakland. He worked here also made he life and family here. He has 2 children in school that right now can't see their father, but hopefully they will have the chance to spend time with their father like a lot of other children. I feel terrible just by thinking that he would have to go to Mexico, where he doesn't have nobody or nothing to go to. I also feel that is like sending american to a foreign country to star a new life with no family and nothing. Please consider this young man's future. He is a dedicated person also hard worker not only me, but all the people who had the chance to meet him feel the same way and miss being around him, thank you for taking the time to read my letter. My # is 510) 562-6365 my address is 1899 83rd Ave,

Oakland, CA

Sincerely:

Mario Ramos

November 1, 2007

TO: Inmigration Department.

My name is Maria Luisa Argueta and this small letter is to ask for Martin Ramos to have the priviledge of staying here in the U.S.A. First of all he's been here all his life, I remember he came to USA when he was still a little baby. Second Because he doesn't have nowhere & Nobody to go to in Mexico. All his family is here. He went to school here in Oakland, he had a job here, a family here. If he has to leave USA it would be like sending an american to Mexico, where he doesn't know anybody and has nothing there. He is a very good person, a good & responsible worker. He has to children that need a dad with them or close to them. All he needs is another chance. I'm his sister & love him & miss being with him and spending time together like we did yrs. ago. My address is:
1465 83rd Ave. Oakland, CA 94621
tel: # (510) 638-1692

*Maria L. Argueta*

10/17/07

Dear Your honer

I'm alma Ramos and I would like you to know if There a way that you don't Send my brother Martin Ramos to Mexico because he is the one that take care of our parents that are disable. he is a good man and he can work but it's so diffical for him to find a job because whe People have a Legal Recard They don't get a chance to Change. he is a great helpful man. So if you diside to give him a chance to Recover his green Cand Because he Lose it because of a gun that it wasn't his. we will be so happy and my parent will have a better Life and help.

Thank you   Alma Ry

To whom it may concern,

I am writing in regards to Martin Ramos. Mr. Ramos is needed very much out here. He is my soon to be husband and also the father of my 3 daughters. He is not the biological father but he has been there for the more than the real father. He has helped me raise the girls. My girls consider him as there father. It takes a real man to step up to the plate and be a father to some kids that aunt even his own. He lets everyone know that they are his little girls. He's been there for them and for me. We are a family and without him our family will be ~~destroyed~~ destroyed

Martin is a very hard worker. He can get any job done and it will be done right. He is always will to help out everyone.

If you can please ~~~~ give Martin Ramos a chance and I promise to you that he will not let you down ~~~~ or his family. He would not make a fool of you or himself.

Thank you for taking the time out to read this.

Thank you
Michelle

Mary E. Hamm
1417 Thrush Avenue
San Leandro, California 94578

September 6, 2007

Federal Court House
1301 Clay Street
Oakland, California 94612

To Whom It May Concern:

I am pleased to write this character reference for Martin Ramos. I hope it will be of some help to him in regards to his current Federal Court hearing on September 7, 2007.

I am the House Manager at Women On The Way Recovery Program. I had the opportunity to meet Martin about 5 years ago when he did renovation work on the house. Martin is a very capable carpenter and landscaper. I have been in contact with Martin over the years and found him to be a conscientious worker. He is a pleasant individual and has proven himself responsible, thorough, and does what he says he will do. He is a good problem solver and sees tasks through to completion. I trust him to work at my house whether or not I am present.

As I got to know Martin, I learned that although he was born in Mexico, he was raised here in California. All of his family resides in California as well. California is his home. He has the support of his family and several individuals that would be more than willing to employ Martin in order for him to straighten out his life. I would like to encourage the court to consider these facts and possibly grant him a second chance to prove him worthy of staying in this country. I believe he has the desire and the ability to become a productive member of society.

Sincerely,

*Mary E. Hamm*

Mary E. Hamm

# AFFIDAVIT

Before me SAM ALI, Notary Public for the State of California, on this 5th day of November 2007, personally appeared DOLORES P. VINIEGRA, CDL. No. N0408119 and GUSTAVO G. VINIEGRA, CD. No. N0393703, and residing at 36122 Magellan Dr. Fremont, CA 94536, who state the following under penalty of perjury:

**To Whom It May Concern:**

We, DOLORES P. VINIEGRA and GUSTAVO G. VINIEGRA, would like to state that we know MR. MARTIN URIAS RAMOS'S family since 1982, MR. MARTIN was always a very good person, a good worker and very responsible, but unfortunately since he got divorce he change a lot due to the separation of his wife and his kids.

We think if you give him a second opportunity he will be a better person and he will learn from this experience.

If you have any questions or need additional information, please call us at (510) 742-6879

Thank you very much,

*(signature)*  
**DOLORES P. VINIEGRA**

*(signature)*  
**GUSTAVO G. VINIEGRA**

*State of California  )*  
*County of Alameda ) ss*

*Subscribed and sworn to before me SAM ALI, Notary Public, on this 5th day of November, 2007, at Fremont, CA 94536..*

*(signature)*  
*SAM ALI*  
*Notary Public*

> SAM ALI
> Commission # 1673508
> Notary Public - California
> Alameda County
> My Comm. Expires Jun 8, 2010

*My commission expires on June 8, 2010*

# Exhibit C

Defendant's Sentencing Memorandum
*United States v. Martin Ramos Urias*
CR 07-00567-SBA

Your Honor, 9-6-07

Frist I would like to say that I'm sorry. for not being a good citizen in the United States. but its because I was blind cause of all the drugs I was doing due to all the problem's I've had in the past. I've realized that I've made alot of mistake's in the past, but nobody is perfect we all learn from our mistake's, specially when we don't have anyone to lead us the way. I been making my own dicision's since the age of 17 years old. When my father kick me out of his house. after that I was on my own, and I know I've made alot of mistake's but when a person grow's up in the street's of Oakland on it's own it's real easy to make all kinds of mistake's, but we all learn from our mistake's, to some people it just takes a little longer because we are slow to realize our mistake. Well all I'm asking you for in the name of Jesus Crist to give me one more chance. you can put me on parole or in a program to help me out and I promise to be a good citizen in the United States and follow all laws. I also want to let you know that I've been here since the age of 5 years old and I'm 33 year's now. I lost my residents card last year due to not having a lawyer and not understanding my rights due to my slow understanding. I know I can do better and be a better person. I also have two kids that are citizen and they need me here as much as I need them. Please give me one more chance. Sincerely, Martin Ramos

# Exhibit D

Defendant's Sentencing Memorandum
*United States v. Martin Ramos Urias*
CR 07-00567-SBA

TRI-VALLEY REGIONAL OCCUPATIONAL PROGRAMS
CORRECTIONAL EDUCATION
2600 KITTY HAWK ROAD, SUITE 117
LIVERMORE, CA 94551
(925) 551-6694

## COURT LETTER – DEUCE

DATE: 12/10/07

To Whom It May Concern:

This letter serves to verify that __Martin Ramos__
PFN: __ULK266__ (**is**) or is not (circle one) currently enrolled in the
Deciding, Educating, Understanding, Counseling and Evaluating (**DEUCE**)
Program, and has completed __14 of 60__ days of attendance.
                                    _Fourteen_

The **DEUCE** program is sixty (60) days of classroom attendance and participation, and includes several subject areas dealing with substance abuse, anger management, addiction and life skills. Upon successful completion of the program, students will be awarded a certificate.

The **DEUCE** program is a voluntary alcohol and drug education program, based on the 12-Step format, for inmates at the Santa Rita County Jail, in Dublin, and the Glenn E. Dyer Jail, in Oakland, California. The program is administered and taught by the staff of the Tri-Valley Occupational Programs, and the instructors are state certificated.

Sincerely,

_[signature]_
DEUCE Instructor

Invalid without
Embossed Seal

**TRI-VALLEY REGIONAL OCCUPATIONAL PROGRAMS**
**CORRECTIONAL EDUCATION**
**2600 KITTY HAWK ROAD, SUITE 117**
**LIVERMORE, CA 94551**
**(925) 551-6694**

## COURT LETTER- ANGER MANAGEMENT

DATE: 12/10/07

To Whom It May Concern:

This letter serves to verify that **Martha Ramos**
PFN: ULK266  (is) or is not (circle one) currently enrolled in the
**Anger Management Program**, and has completed __2__ (Two) sessions, which is __12__ days of attendance.

The **Anger Management** program is a twelve week/ 24 days of classroom attendance, and includes these components:

- How does anger work
- Thoughts that fuel anger
- How do you cope with anger
- What provokes you
- Your communication style
- Identifying unresolved anger from the past
- Learn to direct your thinking
- Teaching your child to manage anger
- Integrating what you've learned

Upon completion of the program, students will be awarded a certificate. The **Anger Management** program is a volunteer education program for inmates at the Santa Rita County Jail, in Dublin and the Glenn Dyer Detention Center, in Oakland. The program is administrated and taught by the staff of the Tri-Valley Occupational Programs, and the instructors are state certified.

Sincerely,

*[signature]*
Anger Management Instructor

**Invalid without**
**Embossed Seal**