**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 2/26/08

CR 07-00567SBA          JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**RAMOS-URIAS**          Present (X) Not Present ( ) In Custody ( X)
   **DEFENDANT(S)**

<u>DANIEL KALEBA</u>          <u>HILLARY FOX</u>
U.S. ATTORNEY          ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark          <u>DIANE SKILLMAN</u>
                                        Court Reporter

                                   <u>JESSICA GOLDSBERRY</u>
  Interpreter                         Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   CHANGE OF PLEA - HELD; JUDGMENT & SENTENCING - HELD**

**RESULT OF HEARING:   DEFENDANT PLED GUILTY TO CT. 1 OF THE INDICTMENT**

**JUDGMENT: 50 MONTHS BOP; 3 YEARS SUPERVISED RELEASE; SPECIAL ASSESSMENT $100.00 SEE JUDGEMENT AND COMMITMENT ORDER FOR SPECIFICS.**

**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: