1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant RAMOS

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )   No. CR 07-00567 SBA
11                                  )
              Plaintiff,            )   SUPPLEMENTAL EXHIBIT
12                                  )   (EXHIBIT E) TO DEFENDANT'S
   vs.                              )   SENTENCING MEMORANDUM
13                                  )
   MARTIN RAMOS URIAS,              )
14                                  )
              Defendant.            )
15 _____)

16

17         Counsel for defendant Martin Ramos Urias hereby submits as a supplemental exhibit to

18  Defendant's Sentencing Memorandum, which was filed with the Court on February 20, 2008, a

19  letter from Tri-Valley Regional Occupational Programs, Correctional Education dated February

20  26, 2008 indicating that Martin Ramos currently is enrolled in the DEUCE program (Exhibit E).

21  DATED: Feburary 26, 2008
                                            Respectfully submitted,
22
                                            BARRY J. PORTMAN
23
                                               /S/
24
                                            HILARY A. FOX
25                                          Assistant Federal Public Defender

26

Supplemental Exhibit (Exhibit E) to
Defendant's Sentencing Memorandum
*U.S. v. Ramos Urias*, CR 07-00567 SBA            1

TRI-VALLEY REGIONAL OCCUPATIONAL PROGRAMS
CORRECTIONAL EDUCATION
2600 KITTY HAWK ROAD, SUITE 117
LIVERMORE, CA 94551
(925) 551-6694

## COURT LETTER – DEUCE

DATE: 2/26/08

To Whom It May Concern:

This letter serves to verify that __Martin Ramos__ PFN: __ULK266__ (is) or is not (circle one) currently enrolled in the Deciding, Educating, Understanding, Counseling and Evaluating (**DEUCE**) Program, and has completed __55 of 60__ (Fifty-five) days of attendance.

The **DEUCE** program is sixty (60) days of classroom attendance and participation, and includes several subject areas dealing with substance abuse, anger management, addiction and life skills. Upon successful completion of the program, students will be awarded a certificate.

The **DEUCE** program is a voluntary alcohol and drug education program, based on the 12-Step format, for inmates at the Santa Rita County Jail, in Dublin, and the Glenn E. Dyer Jail, in Oakland, California. The program is administered and taught by the staff of the Tri-Valley Occupational Programs, and the instructors are state certificated.

Sincerely,

_[signature]_

DEUCE Instructor

Invalid without
Embossed Seal