**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    UNITED STATES OF AMERICA,                    No. CR 07-00567-01 SBA

6                                                 **ORDER**
                    Plaintiff,
7
        v.                                        **[Docket No. 21]**
8
     MARTIN RAMOS URIAS,
9
                    Defendant.
10                                            /

11
         This matter is before the Court on Defendant's "Motion for modification of sentence
12
     pursuant to substantial change in law," filed on October 8, 2008.  [Docket No. 21].   Defendant
13
     contends the Supreme Court's decision in *Begay v. United States*, 128 S.Ct. 1581 (2008) applies to
14
     him and that under *Begay* he has been sentenced in violation of United States law.  Defendant
15
     requests the Court invoke its discretion to modify his sentence.
16
         The Court HEREBY ORDERS the Government to respond to Defendant's motion on or
17
     before **July 20, 2009***.*  The Defendant shall have until **August 3, 2009**, to file any reply that
18
     responds to the Government's opposition.  Unless the Court orders otherwise, upon conclusion of
19
     this briefing schedule, the matter will be deemed submitted for decision without oral argument.
20

21
         IT IS SO ORDERED.
22

23
     Dated: 7/6/09                               SAUNDRA BROWN ARMSTRONG
24                                               United States District Judge

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA et al,

          Plaintiff,

  v.

MARTIN RAMOS-URIAS et al,

          Defendant.

Case Number: CR07-00567 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Martin Ramos-Urias** (1)
90369-111
USP Lee
P.O. Box 305
Jonesville, VA 24263

Dated: July 6, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California

2